**UNITED STATES BANKRUPTCY COURT**
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK OF COURT

226 WEST SECOND ST.
FLINT, MI 48502
(810) 235-4126

211 WEST FORT STREET, SUITE 2100
DETROIT, MICHIGAN 48226-3211
(313) 234-0065 / WWW.MIEB.USCOURTS.GOV

111 FIRST STREET
BAY CITY, MI 48707
(989) 894-8840

April 29, 2013

John Elmer
c/o Nathaniel H Herdt
William C Babut, P.C.
700 Tower Street
Ypsilanti, MI 48198

RE: Adversary fee for Adv. Case no. 13-04362
Bankruptcy case #12-67641-tjt; Chapter 7

Dear Mr. Herdt:

A fee of **$293.00** is owed for the Complaint that you filed on April 1, 2013. The fee must be paid no later than May 10, 2013.

If you have any questions, please contact the Financial Section of the Bankruptcy Court at (313) 234-0054.

Sincerely,

/s/ Lisa Heneka
Lisa Heneka
Financial Administrator

cc: Court file